UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 1:19-cr-0158-TWP-MJD |
| DENNIS SMITH, | ) ) | - 01 |
| Defendant. | ) ) | |

**REPORT AND RECOMMENDATION**

On December 28, 2023, and January 11, 2024, the Court held hearings on the Petition for Warrant or Summons for Offender Under Supervision filed on November 2, 2023. Defendant appeared in person with his appointed counsel William Dazey. The government appeared by Kyle Sawa and Christina Caraballo Colón, Assistant United States Attorneys. U. S. Parole and Probation appeared by Officer Travis Buehrer.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

    1.    The Court advised Defendant Smith of his rights and provided him with a copy of the petition. Defendant Smith orally waived his right to a preliminary hearing.

    2.    After being placed under oath, Defendant Smith admitted Violation Numbers 1, 2, 3, 4, & 5. [Docket No. 63.]

    3.    The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall report to the probation officer in a manner and frequency directed by the court or probation officer."**<br><br>On October 12, 2023, Mr. Smith failed to report to the U.S. Probation Office as directed. |
| 2 | **"You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change."**<br><br>Since release from the Bureau of Prisons (BOP) on January 11, 2023, Mr. Smith has failed to secure housing or inform the U.S. Probation Officer where he spends his nights. |
| 3 | **"You shall maintain lawful full time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment."**<br><br>Since release from the Bureau of Prisons (BOP) on January 11, 2023, Mr. Smith has failed to secure employment. |
| 4 | **"You shall participate in a mental health treatment program, as approved by the probation officer, and abide by the rules and regulations of that program. The probation officer, in consultation with the treatment provider, shall supervise participation in the program (provider, location, modality, duration, intensity, etc.). You shall take all mental health medications that are prescribed by your treating physician. The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer."**<br><br>Mr. Smith failed to meet his obligations for metal health treatment attendance during the months of April, May, June, July, August, September and October, 2023. |
| 5 | **"If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment."** |

Since release from the Bureau of Prisons (BOP) on January 11, 2023, Mr. Smith has failed to remit a payment to his special assessment of $100.00 or his fine of $250.00.

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade C violation.

    (b) Defendant's criminal history category is V.

    (c) The advisory range of imprisonment applicable upon revocation of supervised release, therefore, is 7 to 13 months' imprisonment.

5. The government recommended a term of imprisonment within the guidelines with no supervised release to follow. Defendant argued for the defendant to return to his current supervision.

The Magistrate Judge, having considered the applicable factors in 18 U.S.C. § 3553(a), *see* 18 U.S.C. § 3583(e), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition and recommends that he return to supervised release pursuant to his current conditions of supervised release.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Date: 01/12/2024

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system